

# CREDIT COLLECTION SERVICES

Two Wells Avenue, Newton, MA 02459
M-F: 8AM - Midnight, Sat: 8AM - 7PM, Sun: 2PM - 10PM, ET
Direct Line: 1 (617) 581-1074 (Personal Assistance)
Self Service: www.CreditReportingAlert.com (Payment Processing)



**CREDIT REPORTING ALERT - CREDIT REPORTING ALERT**

Date: 11/21/13
File Number: ███

CARMELA BINGHAM

| REGARDING | SERVICE AMOUNT |
|---|---|
| COMCAST CABLE | $168.80 |

01163 - 0077 - LOT02 - 000000002

Please be advised this notice will serve as a Credit Reporting Alert that adverse credit information is scheduled to be reported to a credit bureau(s). To avoid credit reporting, your immediate attention is required. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication was sent by a debt collector.

Please remit full payment by mail or visit our secure website @ www.CreditReportingAlert.com. Self service menu options include:

- Paying online by check or credit card
- Establishing payment arrangements with this office
- Printing scheduled payment vouchers
- Entering proof of prior payment
- Accessing help desk information, etc.

If you have any questions, concerns, or would simply like personal assistance, please call and we will work together to resolve this matter. Thank you.

**CREDIT REPORTING:** Adverse credit information can be kept on-file for up to seven (7) years from the date of delinquency, under the federal Fair Credit Reporting Act (FCRA). All actions by this office will be in compliance with the FCRA. Please respond to this notice and/or contact this office for personal assistance.

**UN-RETURNED EQUIPMENT:** Please be advised, you are financially responsible for the monetary value of any/all un-returned equipment. Please contact this office to discuss and/or confirm the return of all equipment in accordance with your service contract.

**PAY ONLINE BY CHECK OR CREDIT CARD**

---

File Number: ███
Zip Code: ███
CARMELA BINGHAM



You can instantly pay by check or credit card by calling (877) 897-7103. Please be advised that payments over the telephone or via our website will be subject to a $9.95 processing fee. There is no fee when remitting payment by mail.

- Do not mail post-dated checks (call for assistance)
- Write your file number (above) on check payable to:

COMCAST CABLE
PAYMENT PROCESSING CENTER - 27
P.O. BOX 55126
BOSTON, MA 02205-5126

| PAY IMMEDIATELY |
|---|
| $168.80 |



PLAINTIFF'S EXHIBIT
A