UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMELA BINGHAM,<br><br>       Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION SERVICES, INC.<br><br>       Defendants. | Civil No. 14-13390-FDS |

SETTLEMENT ORDER OF DISMISSAL

SAYLOR, J.

The Court having been advised by the parties report that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

By the Court,

/s/ Lisa Pezzarossi
_____
Lisa Pezzarossi, Deputy Clerk

May 4, 2015
Date